**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00187-11-LTB

**UNITED STATES OF AMERICA,**

　　Plaintiff,

v.

**11.  RYAN ALLEN HERRELL,**

　　Defendant.

---

**ORDER UNDER SEAL GRANTING GOVERNMENT'S MOTION FOR
AN ORDER PERMITTING PRO-ACTIVE COOPERATION BY
DEFENDANT RYAN ALLEN HERRELL**

---

**THIS MATTER,** coming to be heard on the Government's above-captioned motion, and this Court, after reviewing the pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby adjudged that said Motion should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED:**

a.　　That, as of the date of the entry of this Order, the defendant is hereby temporarily released from post-sentencing supervision and probation by the Probation Office of this Court until not later than Tuesday, February 28, 2006;

b.　　That, the defendant is permitted to, if he so desires, to cooperate pro-actively with law enforcement authorities designated by Assistant United

      States Attorney James R. Boma of the District of Colorado, or agents designated by him, including, but not limited to, Detective Lucas Breault of the Riley County, Kansas Police Department; and

c.     That defendant Herrell shall report in person to his United States Probation Officer in the District of Kansas and resume his status as a federal probationer not later than Thursday, March 2, 2006.

**FINALLY, IT IS ORDERED** that the accompanying Motion and this Order are hereby **SEALED** pending further Order of this Court, with the exception that counsel for the Government may provide a copy to agents and officers involved in the Government's investigation.

Dated this  24th  day of January, 2006.

                s/Lewis T. Babcock
                LEWIS T. BABCOCK
                CHIEF JUDGE
                UNITED STATES DISTRICT COURT JUDGE
                DISTRICT OF COLORADO